UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHELTER MUTUAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Cause No. 3:23-cv-00388-DRL-SJF |
| ) | |
| MAKE YOUR MOVE HOME CREATIONS, LLC, ) | |
| JOHN LARGE, BROOKE LARGE, ) | |
| RYLEIGH CARR, and DEANNA CARR, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

All parties, by their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims against Defendants, Make Your Move Home Creations, LLC, Brooke Large, John Large, Ryleigh Carr and Deanna Carr, with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Anna Mallon* | */s/ Jacob M O'Brien* |
| Anna M. Mallon, # 23693-49 | Jacob M O'Brien, # 31445-09 |
| **DREWRY SIMMONS VORNEHM, LLP** | **STARR AUSTEN & MILLER LLP** |
| 736 Hanover Place, Suite 200 | 201 S Third St |
| Carmel, IN 46032 | Logansport, IN 46947 |
| amallon@dsvlaw.com | obrien@starrausten.com |
| *Attorneys for Defendant,* | *Attorney for Defendants,* |
| *Shelter Mutual* | *Ryleigh Carr and Deanna Carr* |
| *Insurance Company* | |
| | */s/ Katlyn Foust Hunneshagen* |
| | Katlyn Foust Hunneshagen, # 32593-75 |
| | Matthew Anderson, # 27511-71 |
| | **MAY OBERFELL LORBER** |
| | 4100 Edison Lakes Parkway, Suite 100 |
| | Mishawaka, IN 46545 |
| | kfoust@maylorber.com |
| | manderson@maylorber.com |
| | *Attorneys for Defendants, Make your Move Home Creations, LLC, Brooke Large, and John Large* |

2